No. 9768.

CHICAGO, BURLINGTON & QUINCY RAILROAD CO. *v.* BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO.

Decided March 7, 1921.

Action for refund of taxes paid under protest. Judgment for defendant.

*Affirmed.*

1. ADJUDICATED CASES. Judgment affirmed on authority of Colorado &
    Southern Railway Company v. Board of County Commissioners
    of Boulder County, No. 9767.

*Error to the District Court of Boulder County, Hon. George*
*H. Bradfield, Judge.*

Mr. E. E. WHITTED, Mr. J. Q. DIER, Mr. PERCY ROBINSON,
for plaintiff in error.

Mr. THOMAS A. MCHARG, Messrs. MARTIN, NEWCOMER
& TINGLOF, Mr. VICTOR E. KEYES, attorney general, Mr.
BENTLEY M. MCMULLIN, assistant, Mr. CHARLES ROACH,
deputy, for defendant in error.

*En banc.*

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS case was argued, submitted and considered with
*The Colorado & Southern Railway Company, plaintiff in er-*
*ror, v. Board of County Commissioners of Boulder County,*
*Colorado, defendant in error,* No. 9767, and the opinion
therein is decisive of and controlling in this case, and neces-
sitates an affirmance of the judgment herein.

MR. CHIEF JUSTICE SCOTT not participating.